# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lenihan, Lisa P. | Western District of PA | 12/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

US COURTHOUSE
700 GRANT ST.
PITTSBURGH, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD MEMBER | UPMC HEALTH PLAN |
| 2. BOARD MEMBER | UPMC ALTOONA |
| 3. ADJUNCT FACULTY MEMBER | UNIVERSITY OF PITTSBURGH |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | UNIVERSITY OF PITTSBURGH - TEACHING INCOME | $1,750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY INTELLECTUAL PROPERTY LAW ASSOC. | MARCH 31-APRIL 1, 2017 | NEW YORK, NY | DINNER HONORING JUDICIARY | TRAVEL, FOOD, & LODGING |
| 2. | ALLEGHENEY COUNTY BAR ASSN. | JUNE 15-17, 2017 | CHAMPION, PA | BENCH/BAR CONFERENCE | TRAVEL, FOOD, & LODGING |
| 3. | INSTITUTE FOR THE ADVANCEMENT OF THE AMERICAN LEGAL SYSTEM | NOV. 8-10, 2017 | COLORADO SPRINGS, CO | WORKING GROUP | TRAVEL, FOOD, & LODGING |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 12/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 12/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK (CASH) | A | Interest | J | T | | | | | |
| 2. VIRTUAL BANK (CASH) | A | Interest | L | T | | | | | |
| 3. RIVERSOURCE UNIVERSAL LIFE INSURANCE POLICY | | None | J | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. COMMONWEALTH FINANCIAL BANK DEPOSIT SWEEP (CASH) | A | Interest | L | T | | | | | |
| 6. AK STEEL HOLDINGS CORP (AKS) | | None | | | Buy | 06/14/17 | J | | |
| 7. | | | | | Sold (part) | 08/09/17 | J | | |
| 8. | | | | | Sold (part) | 08/31/17 | J | | |
| 9. | | | | | Sold (part) | 10/31/17 | J | | |
| 10. | | | | | Sold | 11/02/17 | J | | |
| 11. ANDERSONS INC (ANDE) | | None | | | Buy | 06/14/17 | J | | |
| 12. | | | | | Sold | 08/10/17 | J | | |
| 13. NEWELL BRANDS INC COM (NWL) | A | Dividend | | | Buy | 06/28/17 | J | | |
| 14. | | | | | Sold | 10/25/17 | J | | |
| 15. PIMCO INCOME FUND CL A (PIMIX) | A | Dividend | K | T | Buy | 09/05/17 | K | | |
| 16. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 17. ISHARES GNMA BOND ETF (GNMA) | A | Dividend | K | T | Sold (part) | 09/07/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | | | Sold | 05/30/17 | M | E | |
| 19. ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | J | T | Sold | 03/14/17 | L | D | |
| 20. | | | | | Buy | 06/22/17 | K | | |
| 21. | | | | | Sold | 10/18/17 | K | B | |
| 22. | | | | | Buy | 11/13/17 | K | | |
| 23. | | | | | Sold (part) | 12/06/17 | K | B | |
| 24. ISHARES CORE US AGGREGATE BOND ETF (AGG) | A | Dividend | K | T | Sold (part) | 09/07/17 | J | | |
| 25. ISHARES TRANSPORTATION AVERAGE ETF (IYT) | | None | | | Buy | 11/13/17 | K | | |
| 26. | | | | | Sold | 12/06/17 | L | C | |
| 27. RYDEX ETF TRUST GUGGENHEIM S&P (XLU) | A | Dividend | K | T | Buy | 10/31/17 | L | | |
| 28. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 29. | | | | | Sold (part) | 12/19/17 | K | B | |
| 30. SELECT SECTOR SPDR TR CONSUMER (XLP) | A | Dividend | | | Buy | 10/24/17 | L | | |
| 31. | | | | | Sold | 12/19/17 | L | C | |
| 32. SPDR SER TR BLOOMBERG BRC INV (FLRN) | A | Dividend | K | T | Buy | 07/31/17 | K | | |
| 33. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 34. SECTOR SPDR TR SHS BEN INT INDUSTRIAL (XLI) | A | Dividend | | | Buy | 06/14/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 12/06/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/09/17 | L | A | |
| 36. | | | | | Sold | 11/13/17 | J | A | |
| 37. SECTOR SPDR TR SHS BEN INT UTILITES (XLU) | B | Dividend | L | T | Sold (part) | 11/13/17 | K | B | |
| 38. | | | | | Buy (add'l) | 12/06/17 | K | | |
| 39. | | | | | Buy (add'l) | 12/26/17 | K | | |
| 40. SELECT SECTOR SPDR TR HEALTH CARE (XLV) | A | Dividend | L | T | Buy | 03/17/17 | L | | |
| 41. | | | | | Sold | 08/15/17 | L | B | |
| 42. | | | | | Buy | 10/27/17 | K | | |
| 43. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 44. | | | | | Buy (add'l) | 12/14/17 | K | | |
| 45. SELECT SECTOR SPDR TR SHS BEN INT TECHNOLOGY (XLK) | A | Dividend | | | Sold | 05/23/17 | L | D | |
| 46. SELECT SECTOR SPDR TR SHS BEN INT ENERGY (XLE) | A | Dividend | | | Buy (add'l) | 06/09/17 | K | | |
| 47. | | | | | Sold | 08/11/17 | K | | |
| 48. SELELCT SECTOR SPDR TR SHS BEN INT MATERIALS (XLB) | A | Dividend | K | T | Sold | 03/14/17 | K | C | |
| 49. | | | | | Buy | 12/11/17 | K | | |
| 50. SECTOR SPDR TR SHS BEN INT CONSUMER STAPLES (XLP) | A | Dividend | L | T | Buy | 10/03/17 | K | | |
| 51. | | | | | Sold | 12/19/17 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 12/28/17 | K | | |
| 53. TWITTER INC COM (TWTR) | | None | | | Buy | 06/27/17 | J | | |
| 54. | | | | | Sold (part) | 08/09/17 | J | | |
| 55. | | | | | Sold (part) | 10/31/17 | J | A | |
| 56. | | | | | Sold | 11/02/17 | J | A | |
| 57. VANGUARD SECTOR INDEX FDS FINLS VIPERS (VFH) | A | Dividend | | | Buy | 03/16/17 | L | | |
| 58. | | | | | Sold | 05/23/17 | K | | |
| 59. SPDR SERIES TRUST BLMBRG BRC CNV RT (CWB) | A | Dividend | | | Sold | 07/27/17 | K | B | |
| 60. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 61. BANK DEPOSIT CASH SWEEP (QPRMQ) (Y) | | | | | | | | | |
| 62. AMERIPRISE INSURED MONEY MARKET (CASH) (AIMMA) | A | Interest | J | T | | | | | |
| 63. CALAMOS MARKET NEUTRAL INCOME CL I (CMNIX) | A | Dividend | J | T | Sold (part) | 09/28/17 | J | A | |
| 64. | | | | | Sold (part) | 12/22/17 | J | A | |
| 65. FIRST EAGLE FUNDS GLOBAL FUND CL I (SGIIX) | A | Dividend | K | T | Buy (add'l) | 12/22/17 | J | | |
| 66. JP MORGAN VAL ADV SEL CL I (JVASX) | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 67. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 68. | | | | | Buy (add'l) | 12/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 12/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS INTL VALUE CL I (MINIX) | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 70. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 71. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 72. NUVEEN PA MUN BD CL I (NBPAX) | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 73. NUVEEN ALL AMER MUN BD CL I (FAARX) | A | Dividend | J | T | Buy (add'l) | 03/01/17 | J | | |
| 74. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 75. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 76. ALTRIA GROUP INC (MO) | A | Dividend | J | T | | | | | |
| 77. EATON VANCE FUNDS: ACTIVE TAX MGD GLBL FUND (ETW) | B | Dividend | J | T | Sold (part) | 09/28/17 | J | A | |
| 78. | | | | | Sold (part) | 12/22/17 | J | A | |
| 79. ISHARES CORE US AGGREGATE BOND ETF (AGG) | A | Dividend | J | T | Sold (part) | 09/28/17 | J | | |
| 80. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 81. ISHARES S&P 500 GROWTH ETF (IVW) | A | Dividend | K | T | Buy (add'l) | 09/28/17 | J | | |
| 82. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 83. ISHARES CORE S&P MID CAP ETF (IJH) | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 84. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 85. | | | | | Buy (add'l) | 12/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. ISHARES CORE S&P SMALL CAP ETF (IJR) | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 87. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 88. ISHARES EDGE MSCI MIN VOLATILITY ETF (USMV) | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 89. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 90. SPDR SERIES TRUST S&P DIVIDEND ETF (SDY) | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 91. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 92. SPDR BARCLAYS CAPITAL SHORT TERM MUNI BOND FUND (SHM) | A | Dividend | J | T | Sold (part) | 03/01/17 | J | | |
| 93. | | | | | Sold (part) | 09/28/17 | J | | |
| 94. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 95. VANGUARD DIV APPRECIATION FUND (VIG) | A | Dividend | K | T | Sold (part) | 03/01/17 | J | B | |
| 96. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 97. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 98. VANGUARD REIT INDEX ETF (VNQ) | A | Dividend | J | T | Buy (add'l) | 12/22/17 | J | | |
| 99. FIDELITY ADVISOR NEW INSIGHTS FUND CL A (FNICX) | A | Dividend | | | Sold | 11/28/17 | J | C | |
| 100. PIONEER FUNDEMENTAL GROWTH FUND CL C (FUNCX) | A | Dividend | | | Sold | 11/28/17 | J | B | |
| 101. THORNBURG INVEST INCOME BUILDER FUND CL C (TIBCX) | A | Dividend | | | Sold | 11/28/17 | K | B | |
| 102. THORNBURG LTD MUNI FUND CL I (LTMIX) | A | Interest | | | Buy (add'l) | 03/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 12/06/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/28/17 | J | A | |
| 104. | | | | | Sold | 12/22/17 | J | A | |
| 105.  ALPS ALERIAN MLP ETF (AMLP) | A | Dividend | | | Buy (add'l) | 03/01/17 | J | | |
| 106. | | | | | Sold | 09/28/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 12/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 61, 63, 65, 66, 69, 72, and 73; Name changes; see 2016, lines 69, 86, 81, 83, 84, 89, and 96, respectively.

Part VII: Brokerage accounts #1 and #2 were merged in this reporting cycle.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa P. Lenihan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544